## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Juanita Malave-Garcia | CHAPTER 13 |
| | BKY. NO. 17-13071 MDC |
| Debtor | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Ditech Financial LLC and index same on the master mailing list.

                        Respectfully submitted,
                        **/s/ Rebecca A. Solarz, Esq**
                        Rebecca A Solarz, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 627-1322