IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Juanita Malave-Garcia | | CHAPTER 13 |
| Debtor(s) | | |
| Ditech Financial LLC | | |
| Movant | | |
| vs. | | NO. 17-13071 MDC |
| Juanita Malave-Garcia | | |
| Debtor(s) | | |
| | | 11 U.S.C. Sections 362 |
| William C. Miller Esq. | | |
| Trustee | | |

## ORDER

AND NOW, this 30th day of April, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 979 Carver Street, Philadelphia, PA 19124 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

Magdaline D. C_____
BJ.

Juanita Malave-Garcia
979 Carver Street
Philadelphia, PA 19124

Henry Alan Jefferson
Jefferson Law, LLC
BNY Mellon Center, 1735 Market Street, Suite 3750
Philadelphia, PA 19103

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532