United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13071-mdc
Juanita Malave-Garcia                                                 Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD         Page 1 of 1              Date Rcvd: May 06, 2019
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.
db              +Juanita Malave-Garcia,    979 Carver Street,    Philadelphia, PA 19124-1037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:
      HENRY ALAN JEFFERSON    on behalf of Debtor Juanita  Malave-Garcia
       hjefferson@hjeffersonlawfirm.com,  hjeffersonone@gmail.com;r60499@notify.bestcase.com
      JOSHUA   DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
       karena.blaylock@phila.gov
      PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
       karena.blaylock@phila.gov
      REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                     TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Juanita Malave-Garcia<br>          Debtor(s) | CHAPTER 13 |
| Ditech Financial LLC<br>          Movant<br>     vs. | NO. 17-13071 MDC |
| Juanita Malave-Garcia<br>          Debtor(s) | 11 U.S.C. Sections 362 |
| William C. Miller Esq.<br>          Trustee | |

## ORDER

AND NOW, this 30th day of April, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 979 Carver Street, Philadelphia, PA 19124 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

_Magdaline D. C_____
BJ.

Juanita Malave-Garcia
979 Carver Street
Philadelphia, PA 19124

Henry Alan Jefferson
Jefferson Law, LLC
BNY Mellon Center, 1735 Market Street, Suite 3750
Philadelphia, PA 19103

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
SUITE 5000 - BNY MELLON INDEPENDENCE CENTER
701 MARKET STREET
Philadelphia, PA 19106-1532