# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-13071-MDC

JUANITA MALAVE-GARCIA

979 CARVER STREET

PHILADELPHIA, PA 19124

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JUANITA MALAVE-GARCIA

    979 CARVER STREET

    PHILADELPHIA, PA 19124

Counsel for debtor(s), by electronic notice only.

    HENRY ALAN JEFFERSON
    JEFFERSON LAW LLC
    1735 MARKET ST., STE 3750
    PHILADELPHIA, PA 19103-

Date: 9/10/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee