United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-13071-mdc
Juanita Malave-Garcia                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 2           Date Rcvd: Oct 10, 2019
                              Form ID: pdf900          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.
```
db          +Juanita Malave-Garcia,   979 Carver Street,   Philadelphia, PA 19124-1037
13910532    +Capitol Insurance Company,   a/s/o Chanise Wilkerson,   1180 Welsh Road, Suite 100,
              North Wales, PA 19454-2060
14283034    +Ditech Financial LLC,   c/o Rebecca A Solarz, Esquire,   701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13910534    +Ditech Financial, LLC F/K/A/ Green Tree,   Servicing, LLC,   3000 Bayport Drive, Suite 880,
              Tampa, FL 33607-8409
13910536     FedLoan Servicing,   P.O. Box 69184,   Harrisburg, PA 17106-9184
13910537    +First Premier Bank,   601 S. Minnesota Avenue,   Sioux Falls, SD 57104-4868
13951182    +Jefferson Law, LLC,   BNY Mellon Center,   1735 Market St, Suite 3750,
              Philadelphia, PA 19103-7532
13910540    +KML Law Group, P.C.,   BNY Mellon Independence Center,   Suite 500,   701 Market Street,
              Philadelphia, PA 19106-1538
13910541     MRS BPO, LLC,   1930 Olney Avenue,   Haddonfield, NJ 08033
13910547    +Water Revenue Bureau,   c/o City of Philadelphia Law Department,
              Municipal Services Building, 5th Floor,   1404 JFK Boulevard,   Philadelphia, PA 19107-3212
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:27     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2019 02:42:06
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2019 02:42:20     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:27     City of Philadelphia,
              c/o Joshua Domer,   1401 JFK Blvd. 5th Floor,   Philadelphia, PA  19102
cr           E-mail/Text: shonta.bealer@ditech.com Oct 11 2019 02:41:50     Ditech Financial,
              2100 E. Elliot Road,   Bldg. 94 T-120,   Tempe, AZ  85284
13989013    +E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:28
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   BANKRUPTCY GROUP, MSB,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13910533    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2019 02:51:08     Capitol One,
              PO Box 30285,   Salt Lake City, UT 84130-0285
13977598    +E-mail/Text: bankruptcy@cavps.com Oct 11 2019 02:42:19     Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13928722     E-mail/Text: bankruptcy.bnc@ditech.com Oct 11 2019 02:41:55
              Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
              Rapid City, South Dakota 57709-6154
13910535     E-mail/Text: bankruptcy@sccompanies.com Oct 11 2019 02:41:49     Dr. Leonards/Carol Wrig,
              PO Box 7821,   Edison, NJ 08818-7821
13912917    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 11 2019 02:52:07     First Data Global Leasing,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
13910542     E-mail/Text: electronicbkydocs@nelnet.net Oct 11 2019 02:42:15     Nelnet,   PO Box 2970,
              Omaha, NE 68103-2970
13910545     E-mail/Text: bankruptcygroup@peco-energy.com Oct 11 2019 02:41:56     PECO,
              2301 Market Street,   Philadelphia, PA 19103-1380
13911981    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2019 02:51:55
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13972350    +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 11 2019 02:42:18     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
13910546     E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2019 02:51:07     SYNCB/Amazon,   P.O. Box 960013,
              Orlando, FL 32896-0013
13912695    +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2019 02:51:07     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13919419    +E-mail/Text: electronicbkydocs@nelnet.net Oct 11 2019 02:42:15
              U.S. Department of Education C/O Nelnet,   121 South 13th Street, Suite 201,
              Lincoln, NE 68508-1911
13910548    +E-mail/Text: bnc-bluestem@quantum3group.com Oct 11 2019 02:42:33     Webbank/Fingerhut,
              6250 Ridgewood Road,   Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 19
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13910538*   +First Premier Bank,   601 S. Minnesota Avenue,   Sioux Falls, SD 57104-4868
13910539*   +First Premier Bank,   601 S. Minnesota Avenue,   Sioux Falls, SD 57104-4868
13910543*    Nelnet,   PO Box 2970,   Omaha, NE 68103-2970
13910544*    Nelnet,   PO Box 2970,   Omaha, NE 68103-2970
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2              Date Rcvd: Oct 10, 2019
                              Form ID: pdf900             Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
          HENRY ALAN JEFFERSON    on behalf of Debtor Juanita  Malave-Garcia
           hjefferson@hjeffersonlawfirm.com, hjeffersonone@gmail.com;r60499@notify.bestcase.com
          JOSHUA  DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
           karena.blaylock@phila.gov
          PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> JUANITA MALAVE-GARCIA | Chapter 13 |
| Debtor | Bankruptcy No. 17-13071-MDC |

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 10, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
HENRY ALAN JEFFERSON
JEFFERSON LAW LLC
1735 MARKET ST., STE 3750
PHILADELPHIA, PA 19103-


Debtor:
JUANITA MALAVE-GARCIA

979 CARVER STREET

PHILADELPHIA, PA 19124